# Exhibit 1

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br># 18W0220.16 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2018SF2877 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME OF COMPLAINANT<br>WILLIAM LAYNE ROBERTS | | TELEPHONE NUMBER (include area code) |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH<br>/ /<br>M  D  Y |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>MCLEAN COUNTY STATE'S ATTORNEY'S OFFICE | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area code)<br>304-888-5400 |
|---|---|---|
| STREET ADDRESS<br>104 WEST FRONT STREET, ROOM 605 | CITY, STATE AND ZIP CODE<br>BLOOMINGTON, ILLINOIS 61702 | COUNTY<br>MCLEAN |
| CAUSE OF DISCRIMINATION BASED ON:<br>SEXUAL HARASSMENT, RETALIATION | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>11/29/2017<br>☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I. A. ISSUE/BASIS
SEXUAL HARASSMENT FROM DECEMBER 2016 TO NOVEMBER 29, 2017, BECAUSE OF SEX, MALE.

B. PRIMA FACIE ALLEGATIONS

1. My sex is male.

2. From December 2016 to November 29, 2017, Kristin Alferink, Senior Assistant State's Attorney, sexually harassed me on multiple occasions when she contrived to isolate me in offices where we would be alone for no work-related matter, called me her boyfriend, tried to kiss me, and would come into my office and make jokes that other employees probably thought that we were having sex. In addition, she sent texts and e-mails suggesting a quid pro quo relationship in which by

Page 1 of 2
JLM

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME<br>THIS 2 DAY OF August, 2018<br>X _[signature]_<br>NOTARY SIGNATURE |
|---|---|
| OFFICIAL SEAL<br>SETH J. KERLIN<br>NOTARY PUBLIC, STATE OF ILLINOIS<br>MY COMMISSION EXPIRES 11/01/2019<br>NOTARY STAMP | X _[signature]_   8-2-18<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

EEO-5 FORM (Rev. 11/09-INT)

Charge Number: 2018SF2...
Complainant:   ROBERTS
Page 2 of 2

      maintaining a "friendship" on these terms that she could advance my career with the State's Attorney's Office and provide referral that might assist me outside the office, but that if we were to cease to be "friends" that it would negatively affect my career within the McLean County State's Attorney's Office.

3. The conduct was unwelcomed. On November 22, 2017, I opposed it to Jason Chambers, McLean County State's Attorney, but it continued.

4. The conduct created a hostile, intimidating, and offensive work environment that substantially interfered with my ability to perform the job.

II.   A.   ISSUE/BASIS
DISCHARGE ON NOVEMBER 29, 2017, BECAUSE OF RETALIATION.

    B.   PRIMA FACIE ALLEGATIONS

1. On November 22, 2017, I opposed discrimination to Respondent when complaining about sexual harassment.

2. My work performance as Assistant State's Attorney met Respondent's expectations.

3. On November 29, 2017, Respondent discharged me for no stated reason.

4. The discharge followed my participation in a protected activity within such a period of time as to raise an inference of retaliatory motivation.