IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| WILLIAM LAYNE ROBERTS, | ) | No. 19 C 1316-JBM-JEH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JURY DEMAND |
| MCLEAN COUNTY STATE'S | ) | |
| ATTORNEY'S OFFICE et al. | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff and Defendants, through their respective counsel, respectfully submit this Joint Status Report.

1. Per the August 16, 2022 Status Report (Dkt. 80) and the August 17, 2022 order, the parties conferred on how to further narrow the issues for trial.

2. With respect to the pending litigation, subject to the Court's approval, the parties discussed and agreed as follows:

A. Plaintiff will proceed only on the Section 1983 claims alleged in Count I (pled against defendant Kristin Alferink) and Count II (pled against defendant Jason Chambers) and the parties will submit a stipulation to voluntarily dismiss the remaining claims in the Amended Complaint (Counts III-IX) with prejudice, without costs, but without prejudice to any party seeking costs and fees after judgment on Counts I and II.

B. To further assist in narrowing the issues for trial, the parties could provide briefing on Count I and Count II which may be dipositive or narrow the claims further for trial and/or serve as trial briefs to help address some of the legal issues likely to arise at trial.

C. Based on A and B above, the parties could submit revised pre-trial pleadings to reflect the changes discussed above.

3. The parties have also discussed that in light of the narrowed issues for trial and ongoing negotiations between the parties since the first mediation which occurred by Zoom in March 2022 (see Dkt. Order 3/7/22), subject to the Court's approval, before taking the steps in ¶¶ 1B-C above, they are prepared to move forward to attend a second mediation session to attempt to resolve the dispute without further litigation. In that regard, the parties are working together to identify a mutually acceptable private mediator to assist in attempting to resolve the case.

Carrie L. Haas
Illinois Bar No. 6281053
Dunn Law Firm, LLP
1001 N. Main Street, Suite A
Bloomington, Illinois 61701
TEL:  309-828-6241
clh@dunnlaw.com

Mr. Jeffrey R. Kulwin
Kulwin, Masciopinto & Kulwin LLP
161 N. Clark Street, Suite 2500
Chicago, Illinois 60601
TEL:  312-641-0300
jkulwin@kmklawllp.com

s/  Carrie L. Haas
Carrie L. Haas
*Counsel for Defendants, McLean County State's Attorney's Office, Don Knapp, Jason Chambers and McLean County*

s/ Jeffrey R. Kulwin
Jeffrey R. Kulwin
*Counsel for Plaintiff*

Peter Jennetten, Illinois Bar No.  6237377
Quinn Johnston
227 N.E. Jefferson Ave.
Peoria, IL  61602
TEL:  309-674-1133
FAX:  309-674-6503
pjennettenpleadings@quinnjohnston.com
s/  Peter Jennetten
Peter Jennetten
*Counsel for Defendant, Kristen Alferink*

## CERTIFICATE OF SERVICE

I, Jeffrey R. Kulwin, an attorney, hereby certify that the attached pleading was served upon all counsel of record via ECF filing on September 16, 2022.

/s/ Jeffrey R. Kulwin